173 A.3d 154

## ATTORNEY GRIEVANCE COMMISSION

v.

## Ty CLEVENGER

**Pet. Docket No. 338, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

(No. C–02–CV–16–003620, Circuit Court for Anne Arundel County.) Transferred to the regular docket as No. 64, Sept. Term, 2017.

Petition for writ of certiorari granted

173 A.3d 154

## KRANZ, William Louis

v.

## STATE of Maryland

**Pet. Docket No. 317, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Reported below: 233 Md.App. 600, 168 A.3d 986. Transferred to the regular docket as No. 63, Sept.Term, 2017.

Petition for writ of certiorari granted